# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

NICOLAS CORTEZ ADDISON                                                                    PLAINTIFF

V.                                3:15CV00131 BSM/JTR

ROBERT NELSON, et al.                                                                    DEFENDANTS

## ORDER

Plaintiff, Nicolas Addison, has filed a Motion for Discovery. *Doc. 4.* In the Motion, Plaintiff seeks copies of all papers filed in nineteen civil lawsuits and asks the Court to direct the ACLU to help in all of his cases. Plaintiff has provided no bases to grant his overly broad request. Accordingly, the Motion (Doc. 4) is DENIED.

Dated this 24th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE