# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

NICOLAS CORTEZ ADDISON                                                                              PLAINTIFF

V.                                        3:15CV00131 BSM/JTR

ROBERT NELSON, et al.                                                                             DEFENDANTS

### ORDER

Plaintiff has clarified that Defendant Jane Doe is "Rebecka Ross." *Doc. 5.*

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to change the name of Defendant Jane Doe to Rebecka Ross.

2. Service is not appropriate at this time.

Dated this 24th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE