# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

NICOLAS CORTEZ ADDISON                                                                    PLAINTIFF

V.                                    3:15CV00131 BSM/BD

ROBERT NELSON, et al.                                                                    DEFENDANTS

## RECOMMENDED DISPOSITION

**I.    Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States Chief District Judge Brian S. Miller.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.   Discussion:**

Plaintiff Nicholas Cortez Addison, a Poinsett County Detention Center inmate, filed this lawsuit *pro se* under 42 U.S.C. § 1983.  (Docket entry #2)  According to the motion to dismiss (#7), Mr. Addison requests to dismiss Rebecka Ross from this lawsuit.[1]

---

[1] Mr. Addison previously filed a motion to dismiss the only other Defendant in this lawsuit, Robert Nelson. (#5) A recommendation to grant that motion was filed on June 30, 2015. (#9)

### III.     Conclusion:

The Court recommends that Mr. Addison's motion to voluntarily dismiss Rebecka Ross (#7) be GRANTED, and that this lawsuit be DISMISSED, without prejudice.

DATED this 30th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE