**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**NICOLAS CORTEZ ADDISON**                                                          **PLAINTIFF**

**v.**                                        **CASE NO. 3:15CV00131 BSM**

**ROBERT NELSON et al.**                                                          **DEFENDANTS**

<u>**ORDER**</u>

The recommended disposition ("RD") filed by United States Magistrate Judge Beth

Deere has been reviewed.  No. objection has been filed.  After careful consideration, the RD

is hereby approved and adopted in all respects.

IT IS THEREFORE ORDERED that:

1        Plaintiff Nicholas Addison's lawsuit is dismissed without prejudice.

2        All remaining pending motions are denied as moot.

3        It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal would not be taken in good faith.

IT IS SO ORDERED this 10th day of July 2015.

_____
UNITED STATES DISTRICT JUDGE