### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**NICOLAS CORTEZ ADDISON**                                             **PLAINTIFF**

v.                          **CASE NO. 3:15CV00131 BSM**

**ROBERT NELSON et al.**                                              **DEFENDANTS**

### ORDER

The proposed findings and recommended partial disposition ("PRD") submitted by United States Magistrate Judge J. Thomas Ray have been reviewed. No objection has been filed. After careful consideration, the PRD are hereby approved and adopted in all respects.

IT IS THEREFORE ORDERED that plaintiff's motion to voluntarily dismiss his claim against defendant Robert Nelson is granted and Nelson is hereby dismissed without prejudice.

IT IS SO ORDERED this 10th day of July 2015.

_____
UNITED STATES DISTRICT JUDGE