**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**NICOLAS CORTEZ ADDISON**                                                      **PLAINTIFF**

**v.**                            **CASE NO. 3:15CV00131 BSM**

**ROBERT NELSON et al.**                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is hereby dismissed without prejudice.

DATED this 10th day of July 2015.

_____
UNITED STATES DISTRICT JUDGE